O 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Frederick W. Gundlach
*Plaintiff*

Civil Action No.: **11-CV-0846**
**JUDGE SEIBEL (CS)**

v

International Business Machines Inc;
IBM Japan Ltd; Cognos K.K;
John Doe or Jane Does.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)

*IBM Japan, Ltd.*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

**PRO SE FREDERICK W. GUNDLACH**
**143 HAWTHORNE DRIVE**
**DENVER BOROUGH, PA 17517**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK
*CLERK OF COURT*

*V. Jones*
Signature of Clerk or Deputy Clerk

Date: March 21st 2011

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* IBM Japan, Ltd.
was received by me on *(date)* 3/23/11.

☒ I served the subpoena by delivering a copy to the named individual as follows: see attached receipt International Registered Mail delivery per Hague Convention Art. 10(a) sent 3/24, delivered 3/30/11 on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ 27.95 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 4, 2011

*Frederick W. Gundlach*
Server's signature

Frederick W. Gundlach
Printed name and title

143 Hawthorne Drive, Denver PA 17517
Server's address

Additional information regarding attempted service, etc:



RECEIVED APR 11 2011 USDC-WP-SCNY

| | Item Description (Nature de l'envoi) | Registered ☑ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| | Insured Parcel ☐ (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RR 438 482 688 US | |
| | Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) | |
| | Addressee Name or Firm: IBM Japan, Ltd. Takayuki Hashimoto | | | | | |
| | Street and No.: Nihonbashi-Hakozakicho 19-21 | | | | | |
| | Place and Country: Tokyo JAPAN 03-8510 | | | | | |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

| ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date: 2/11. 3·30 | Postmark of the office of destination |
| --- | --- | --- |
| Signature of Addressee | Office of Destination Employee Signature | |

PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775

---

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered™, Insured and Express Mail®)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt (30. III. 11)

| Return by the quickest route (air or surface mail), à découvert and postage free. | The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.) |
|---|---|
| | Name or Firm: Frederick W. Gundlach |
| A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port | Street and Number: 143 Hawthorne Drive |
| | City, State, and ZIP: Denver Boro, PA 17517 |
| | UNITED STATES OF AMERICA / États-Unis d'Amérique |

PS Form 2865, March 2007    *Avis de réception*    CN07 (Old C5)