UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FREDERICK W. GUNDLACH,

                Plaintiff,                        11 **CIVIL** 846 (CS)

    -against-

                                                 **JUDGMENT**

IBM JAPAN, LTD., COGNOS K.K., KUNIYA TSUBOTA,
and JOHN DOES or JANE DOES,
                Defendants.
-----------------------------------------------------------X

        Whereas Defendants, on July 17, 2013, having moved to dismiss (Doc. #75), and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court, thereafter, on November 21, 2013, having handed down its Opinion and Order (Doc. #86) granting Defendants' Motion to dismiss, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated November 21, 2013, Defendants' Motion to dismiss is granted; accordingly, the case is closed.

**Dated:** White Plains, New York
         November 22, 2013

                                                              RUBY J. KRAJICK
                                                                Clerk of Court